USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/4/20.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL ROQUE,

Defendant.

No. 18-CR-640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that the sentence is adjourned to May 21, 2020 at 11:30 a.m.

SO ORDERED.

Dated: March 4, 2020
New York, New York

Ronnie Abrams
United States District Judge