USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL ROQUE,

Defendant.

No. 18-CR-640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The sentence is hereby adjourned to October 1, 2021 at 2:30 p.m. and will be held in person.

SO ORDERED.

Dated: May 12, 2021
New York, New York

Ronnie Abrams
United States District Judge