

THE LAW OFFICES OF
JUDITH VARGAS

September 22, 2021

**Via ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<u>United States v. Michael Roque</u>, 18-Cr-640 (RA)
Consent Request for Adjournment of Sentencing Hearing

Honorable Judge Abrams:

    I write on behalf of Mr. Roque and with the consent of the government to respectfully request an adjournment of Mr. Roque's sentencing hearing, currently scheduled for October 1, 2021 at 2:30 p.m., to a Monday or Friday in the first week of December 2021.  The reason for our request is that the defense has been unable to obtain certain evaluative records and documents critical to our sentencing defense submission. This adjournment will allow us the additional time necessary to obtain these records and for the undersigned to prepare the defense sentencing memorandum for the Court in advance of sentencing. Mr. Roque remains at liberty on bond and compliant with all of his pretrial release conditions. The government consents to our request for this adjournment. Aside from any unforeseen circumstances, we do anticipate that this will be our final request for an adjournment of Mr. Roque's sentencing hearing.

    We thank the Court in advance for its consideration of this matter.

Application granted.  The sentence is adjourned to December 3, 2021 at 3:00 p.m. and will be held in person.

Respectfully,
*s/ Judith Vargas*
Judith Vargas, Esq.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
September 22, 2021

NEW YORK
20 Vesey Street  *  Suite 400 * New York, NY  10007
Tel:  212.668-0024 * Fax: 212.668.0060

Judithvargas1@aol.com

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR  00917