

December 4, 2021

> Mr. Roque shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on January 10, 2022. He may access the internet to apply for employment but the electronic monitoring device shall not be removed until the Probation Department choses to do so in advance of his voluntary surrender date. The Court will recommend that Mr. Roque be designated to a facility in or near the New York City area.
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> December 6, 2021

**Via ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

<u>U.S. v. Michael Roque,</u> 18-Cr-640 (RA)
Post Sentencing and Pre-Surrender Conditions

Honorable Judge Abrams:

    We write pursuant to Mr. Roque's sentencing hearing on yesterday's date and to confirm that the Court ordered the following:

1) that Mr. Roque's surrender date for his seven-month sentence will be on January 10, 2022 (unless we request in writing a different date) to either: (i) a facility as designated by the Bureau of Prisons, or (ii) a facility selected by the U.S. Department of Probation; and

2) the immediate removal of Mr. Roque's electronic monitoring device as well as the lifting of the requirement that Mr. Roque is not to access the internet so that Mr. Roque can begin searching and applying for employment as well as to research issues regarding the ongoing Covid-19 pandemic and concurrent vaccine issues.

    With respect to Mr. Roque's incarcerate facility designation, we further request that the Court recommend that Mr. Roque be designated to a facility in or near the New York City area in order to facilitate family visits during his sentence.

    We thank the Court in advance for its consideration of this matter and wish everyone a very happy and healthy holiday season.

Respectfully,

*s/Judith Vargas*
Judith Vargas, Esq.
Attorney for Michael Roque

cc:    AUSAs Brett Kalikow/Michael Neff, via ECF

NEW YORK      PUERTO RICO SATELLITE
20 Vesey Street * Suite 400 * New York, NY 10007      MCS Plaza * Suite 1200 * Ponce de Leon Avenue
Cell: 917.270.5313 * Off Tel: 212.668-0024 * Fax: 212.668.0060      San Juan, PR 00917
Judithvargas1@aol.com