```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
 UNITED STATES OF AMERICA      :
                               :     ORDER OF RESTITUTION
          - v. -               :
                               :     18 Cr. 640 (RA)
 MICHAEL ROQUE,                :
                               :
               Defendant.      :
                               :
- - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Michael D. Neff and Brett M. Kalikow, Assistant United States Attorneys, of counsel; the Presentence Report; the conviction of Michael Roque, the defendant, on Count One of the above Indictment; and all other proceedings in this case, and on consent of the defendant, it is hereby ORDERED that:

   1. **Amount of Restitution.**

MICHAEL ROQUE, the defendant, shall pay restitution in the total amount of **$483,187,** to be paid to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Scope of Liability.** The defendant's liability for restitution shall continue unabated until the full amount of restitution ordered herein has been paid.

3. **Joint and Several Liability**: The defendant's restitution obligation is joint and several as to the following:

   a. **$734,969** due to Company-1; and

   b. **$208,200** due to Company-2.

   c. Specifically, MICHAEL ROQUE, the defendant, is jointly and severally liable with the co-defendants in this case (both those named in the Orders of Restitution dated January 9, 2020, May 21, 2020, and October 2, 2020, 18 Cr. 640 Dkt. Nos. 238, 283, and 317, and others to be named later) for $471,119 of the amount listed in ¶ 3(a), and $12,068 of the amount listed in ¶ 3(b).

Dated:   New York, New York
         January 19, 2022

                                    _____
                                    THE HONORABLE RONNIE ABRAMS
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

2